1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   Amber Renaye Coston-Moore,          )      No. 1:06-CV-01183-RCC
                                         )
10              Plaintiff,               )      **ORDER**
                                         )
11  vs.                                  )
                                         )
12                                       )
    L. Medina, et al.,                   )
13                                       )
               Defendant.                )
14                                       )
    _____  )
15

16

17         In Defendants' supplemental reply to their Motion for Summary Judgment,

18  Defendants ask the Court to hold an evidentiary hearing prior to deciding the motion to

19  determine the authenticity of certain declarations submitted by Plaintiff.  (Doc. 42).  The

20  Court will grant the request and refer this matter to a Magistrate Judge.  Accordingly,

21         **IT IS ORDERED** referring this matter to the Honorable Jennifer L. Thurston for a

22  hearing and report and recommendation in accordance with 28 U.S.C. § 636(b)(1),

23  FED.R.CIV.P. 72, and L.R. 230(k), 302 and 303.

24         DATED this 27th day of March, 2012.

25

26

27                                        _____

28                                             Raner C. Collins
                                            United States District Judge