IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER RENAME COSTON-MOORE, | Case No. 1:06-cv-01183 RC (PC) |
| Plaintiff, | ORDER TO PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION RE: WITNESS L. GALLOW |
| vs. | |
| L. MEDINA, et al., | 10-DAY DEADLINE |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2012, the Court ordered an evidentiary hearing to be held to determine the authenticity of the declarations submitted in opposition to Defendants' motion for summary judgment. (Doc. 42)

However, inmate, "L. Gallow" who signed a declaration in Sacramento, California on January 21, 2012 and another on an unknown date in the past (Doc. 41 at 5-6; Doc 35 at 12-13), cannot be found in the custody of the CDCR.

**ORDER**

1. **Within 10 days** of the date of service of this order, Plaintiff SHALL provide the Court with the full, correctly spelled name of "L. Gallow" and her CDCR number or her current address, if she is no longer in custody;

2. Alternatively, **within 10** days of the date of service of this order, Plaintiff may notify the

1

1 | Court that she wishes to withdraw the declaration of inmate L. Gallow.
2 | IT IS SO ORDERED.
3 | Dated:   **March 27, 2012**                                   **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE