IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMBER RENAME COSTON-MOORE,

Plaintiff,

vs.

L. MEDINA, et al.,

Defendants.

Case No. 1:06-cv-01183 RC (PC)

ORDER SETTING EVIDENTIARY HEARING

(Doc. 43)

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2012, the Court ordered an evidentiary hearing to be held (Doc. 43) to determine the authenticity of the declarations submitted in opposition to Defendants' motion for summary judgment. (Doc.41)

Therefore, the Court **ORDERS**:

1. The evidentiary hearing SHALL be set on April 25, 2012 at 9:00 a.m., in Courtroom 6 at the United States District Courthouse in Fresno, CA;
2. No later than April 18, 2012, Plaintiff SHALL notify the Court whether there is any declaration, filed in opposition to Defendants' motion for summary judgment, that she wishes to withdraw;
3. No later than April 18, 2012, Defendants SHALL notify the Court whether they wish to withdraw their objection based upon a lack of authenticity, as to any of the declarations

filed by Plaintiff in opposition to their motion for summary judgment.

IT IS SO ORDERED.

Dated: **March 27, 2012**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE