IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER RENAME COSTON-MOORE,  )<br>                                                        )<br>   Plaintiff,                                      )<br>                                                        )<br>   vs.                                              )<br>                                                        )<br>L. MEDINA, et al.,                          )<br>                                                        )<br>   Defendants.                              )<br>_____)  | Case No. 1:06-cv-01183 RC (PC)<br><br>ORDER AUTHORIZING DEFENDANTS TO SUBPOENA L. GALLOW TO APPEAR AT EVIDENTIARY HEARING |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2012, the Court ordered an evidentiary hearing to be held to determine the authenticity of the declarations submitted in opposition to Defendants' motion for summary judgment. (Doc. 42)

After this, on March 28, 2012, the Court ordered Plaintiff to provide information to locate her witness, identified only as "L. Gallow." (Doc. 44)  The Court ordered Plaintiff to provide the full, correctly spelled name of "L. Gallow" and her CDCR number or her current address, if she is no longer in custody. Id.

On April 10, 2012, Plaintiff reported that L. Gallow's full name is Lauretta Gallow and that Ms. Gallow is no longer in custody. (Doc. 51 at 1) Plaintiff reports that Ms. Gallow's former CDCR number was X-11708 but that she now lives at 2318 Church Avenue, in Sacramento, CA with her boyfriend, George Burkett.  Id.

Therefore, Defendants are authorized to issue a subpoena requiring Ms. Gallow to appear at the evidentiary hearing, on April 25, 2012.

IT IS SO ORDERED.

Dated:   **April 12, 2012**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE