IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER RENAYE COSTON-MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>L. MEDINA, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:06-cv-01183 RC (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(Doc. 46) |

On March 28, 2012, the Court issued a writ of habeas corpus ad testificandum for inmate, Brandy Estrada, to be transported to this Court and to appear at an evidentiary hearing on April 25, 2012. (Doc. 46) However, the Court has been alerted that Ms. Estrada's testimony is no longer needed. (Doc. 53) Accordingly, it is **HEREBY ORDERED** that the writ of habeas corpus ad testificandum issued March 28, 2012 (Doc. 46.) is **VACATED**.

IT IS SO ORDERED.

Dated:   **April 20, 2012**                                  /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE