IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Amber Renaye Coston-Moore,

       Plaintiff,                    No. 1:06-CV-01183-RCC

    vs.

L. Medina, et al.,                <u>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

       Defendant.

      Amber Coston-Moore, CDCR # W-90949, a necessary and material witness in a settlement conference in this case on October 25, 2012, is confined in Valley State Prison For Women (VSPW), 21633 Avenue 24, Chowchilla, California 93610, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on October 25, 2012 at 9:00 a.m.

      Accordingly, **IT IS ORDERED** that:

**1.** A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

**2.** The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

///

///

///

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, VSPW, P. O. Box 99, Chowchilla, California, 93610:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED this 15th day of August, 2012.

_____
Raner C. Collins
United States District Judge

cost1183.841