# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Renaye Coston-Moore, | No. 1:06-CV-01183-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| L. Medina, et al., | |
| Defendant. | |

**IT IS ORDERED** that the trial date scheduled for August 13, 2013 is hereby vacated and rescheduled for **Monday, August 12, 2013 at 9:00 a.m.**

DATED this 4th day of February, 2013.

Raner C. Collins
United States District Judge