# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Amber Renaye Coston-Moore, | ) | No. 1:06-CV-01183-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| L. Medina, et al., | ) | |
| Defendant. | ) | |

Pending before the Court is Plaintiff's Motion/Request for a copy of Eastern District of California Local Rule 281 (Doc. 68). The Court notes that Plaintiff should have already received a copy of Local Rule 281 when the Court issued its Second Scheduling Order. However, the Court will grant Plaintiff's request and provide one additional copy of the rule. Plaintiff also requests the Court provide her with a definition of what a pre-trial statement is. The instructions for what shall be included in the pre-trial statement are specified in Local Rule 281. Accordingly,

**IT IS ORDERED** the Clerk's Office shall send Plaintiff a copy of Local Rule 281.

DATED this 13th day of February, 2013.

_____
Raner C. Collins
United States District Judge