# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Renaye Coston-Moore, | CASE NO. 1:06-cv-01183-RC |
| Plaintiff, | MINUTE ENTRY |
| v. | |
| L. Medina, et al., | |
| Defendants. | |

On July 8, 2013, a telephonic trial confirmation hearing was held before the Honorable Raner C. Collins. The following items were discussed at the telephonic hearing:

1. Plaintiff stated trial may take 3 days. Defendants' counsel stated the trial should only take 2 days, and may finish in 1 day.

2. Judge Collins confirmed trial is set for Monday, August 12, 2013 at 9:00 a.m. and should last 2 days or less.

3. Plaintiff is seeking $120,000.00 total damages for her dislocated finger.

4. Judge Collins explained that because Plaintiff is proceeding pro se, she will have to question the witnesses, including herself, and will be held to the same Federal Rules of Evidence as defense counsel. Plaintiff confirmed she has been able to access the prison library to prepare her case.

5. Defense counsel will contact Plaintiff to see whether Plaintiff is willing to stipulate to the authenticity of CCR records.

1

6. The Court shall issue the required order and writ of habeas corpus ad testificandum to transport Plaintiff to trial.

7. Plaintiff requests to dress in civilian clothes for the trial. Defense counsel will determine Plaintiff's security clearance before responding to this request.

8. Judge Collins will conduct voir dire, but if either party believes a question should have been asked to the jury but was not, the party may present the proposed question to the Court.

9. The parties shall follow the dates specified in section XVIII of the Court's June 25, 2013 pretrial order regarding submission of motions in limine and other documents.

10. Per Defendants' request, the Court shall reset the motion in limine hearing. The hearing presently scheduled for August 6, 2013 at 11:00 a.m. is vacated. The new hearing date shall be August 7, 2013 at 11:00 a.m.

DATED this 8th day of July, 2013.

_____
Raner C. Collins
United States District Judge