# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Renaye Coston-Moore, | CASE NO. 1:06-cv-01183-RC |
| Plaintiff, | ORDER RE: DEFENDANTS' OBJECTIONS (Doc. 82) TO PRETRIAL ORDER (Doc. 81) |
| v. | |
| L. Medina, et al., | |
| Defendants. | |

In response to Defendants' Objections (Doc. 82) to the Court's Pretrial Order (Doc. 81), **IT IS HEREBY ORDERED** as follows:

1. Defendants' objection to the Court's instruction in footnote 5, page 9, of the Pretrial Order (Doc. 81) regarding attendance of Defendants' witnesses is **denied**. Defendants shall have all witnesses they intend to call present on August 12, 2013 by 9:00 a.m. and the witnesses shall be available for Plaintiff to call.

2. By prior order of the Court (see Doc. 88), the motion in limine hearing has been reset for Wednesday, August 7, 2013 at 11:00 a.m.

DATED this 31st day of July, 2013.

_____
Raner C. Collins
United States District Judge

1