# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Renaye Coston-Moore, | CASE NO. 1:06-cv-01183-RC |
| Plaintiff, | ORDER RE: DEFENDANTS' MOTIONS IN LIMINE (Doc. 83) |
| v. | |
| L. Medina, et al., | |
| Defendants. | |

A telephonic motion in limine hearing was held before the Honorable Raner C. Collins on August 7, 2013. In response to Defendants' Motion in Limine (Doc. 83), **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion to Preclude Plaintiff from Offering Opinions About the Cause of Her Past and Current Medical Condition is **granted.** Plaintiff may testify about what happened during the incident, what she felt, and what she experienced, but may not testify as to matters requiring expert medical opinion.

2. Defendants' Motion to Preclude Plaintiff from Making Any Reference to Irrelevant Individuals or Events That Are Irrelevant to Her Claim for Excessive Force is **granted**.

3. Defendants' Motion to Preclude Evidence that Defendants are Parties in Other Lawsuits or Were Involved in Other Incidents Alleging Excessive Force is **granted**.

4. Defendants' Motion to Exclude Non-Testifying Inmate Witness Written Statements

as Hearsay is **granted**.

5. Defendants' Motion to Exclude Evidence or Testimony of Offers to Compromise is **granted**.

6. Defendants' Motion to Exclude Evidence that the State May Pay the Judgment or Reimburse Defendants in the Event a Judgment is Rendered Against Them is **granted**.

7. Defendants' Motion to Allow Evidence of Plaintiff's and Witnesses' Prior Felony Convictions is **granted**. Felony convictions that are less than 10 years old may be used for impeachment purposes.

DATED this 7th day of August, 2013.

Raner C. Collins
United States District Judge