# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY LEE ESTRADA, | CASE NO. 1:06-cv-01183-RC |
| Plaintiff, | NOTICE AND ORDER THAT BRANDY LEE ESTRADA W-97701, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| MEDINA, et.al. | |
| Defendants. | |

Jury trial in this matter commenced on August 12, 2013. Inmate witness **Brandy Lee Estrada W-97701,** is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: August 12, 2013           /s/ Raner Collins
                                  RANER COLLINS
                                  UNITED STATES DISTRICT JUDGE

1