# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER RENAYE COSTON-MOORE, | CASE NO. 1:06-cv-01183-RC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON AUGUST 13, 2013, AT 8:30 A.M. |
| v. | |
| MEDINA and M. HALL, | |
| Defendants. | |

Plaintiff Amber Renaye Coston-Moore, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Tuesday, August 13, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: August 12, 2013

/s/ Raner Collins
RANER COLLINS
UNITED STATES DISTRICT JUDGE

1