# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER RENAYE COSTON-MOORE, | CASE NO. 1:06-cv-01183-RC |
| Plaintiff, | NOTICE AND ORDER THAT AMBER RENAYE COSTON-MOORE #W-90949, IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| MEDINA, ET.AL., | |

Jury trial in this matter commenced on August 13, 2013.  Inmate Amber Renaye Coston-Moore, is no longer needed by the Court as a witness in these proceedings.  Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED:   August 13, 2013            /s/ Raner Collins
                                                              RANER COLLINS
                                                              UNITED STATES DISTRICT JUDGE