# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER RENAYE COSTON-MOORE , | CASE NO. 1:06-cv-01183-RC |
| Plaintiff, | NOTICE AND ORDER THAT AMBER RENAYE COSTON-MOORE #W-90949, IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| MEDINA, ET.AL., | |
| _____/ | |

Jury trial in this matter commenced on August 13, 2013. Inmate Amber Renaye Coston-Moore, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED:  August 13, 2013                /s/ Raner Collins
                                        RANER COLLINS
                                        UNITED STATES DISTRICT JUDGE

1